Certificate Number: 03088-PAE-DE-034389932

Bankruptcy Case Number: 14-18490



03088-PAE-DE-034389932

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 27, 2020</u>, at <u>6:41</u> o'clock <u>PM CDT</u>, <u>Jesse T Dickson</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>April 27, 2020</u>　　　　　　　By:　　<u>/s/Doug Tonne</u>

　　　　　　　　　　　　　　　　Name:　<u>Doug Tonne</u>

　　　　　　　　　　　　　　　　Title:　<u>Counselor</u>