Certificate Number: 03088-PAE-DE-034389933

Bankruptcy Case Number: 14-18490



03088-PAE-DE-034389933

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 27, 2020, at 6:41 o'clock PM CDT, Jennifer LD Hopkins completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 27, 2020            By:   /s/Doug Tonne

Name:   Doug Tonne

Title:   Counselor