UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Jesse T Dickson | : | Chapter 13 |
|    Jennifer LD Hopkins | : | |
| | : | |
|    Debtor | : | Case No.: 14-18490ELF |

## SUGGESTION OF DEATH

On Behalf of Jesse T Dickson and Jennifer LD Hopkins, please be advised that:

1. Jesse T Dickson and Jennifer LD Hopkins filed a petition for Chapter 13 Bankruptcy relief in the Eastern District of Pennsylvania on or about October 24, 2014.

2. The Chapter 13 Case filing was assigned case number 14-18490ELF.

3. In accordance with the death certificate attached hereto and labeled as Exhibit "A," on or about July 12, 2015, Jennifer LD Hopkins passed away.

Dated: April 28, 2020          _____/s /Brad J. Sadek_____
                               Brad J. Sadek, Esq.
                               Attorney for Debtors