Type/Print In Permanent Black Ink — Final.

COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH • VITAL RECORDS

**CERTIFICATE OF DEATH**

Date Issued

15-02971

State File Number:

| 1. Decedent's Legal Name (First, Middle, Last, Suffix) | 2. Sex | 3. Social Security Number | 4. Date of Death (Mo/Day/Yr) (Spell Mo) |
|---|---|---|---|
| Jennifer Lea Dickson Hopkins | Female | 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 | July 12, 2015 |

| 5a. Age-Last Birthday (Yrs) | 5b. Under 1 Year | | 5c. Under 1 Day | | 6. Date of Birth (Mo/Day/Year) (Spell Month) | 7a. Birthplace (City and State or Foreign Country) |
|---|---|---|---|---|---|---|
| | Months | Days | Hours | Minutes | | Columbus, OH |
| 31 | | | | | August 27, 1983 | 7b. Birthplace (County) FRANKLIN |

| 8a. Residence (State or Foreign Country) | 8b. Residence (Street and Number - Include Apt No.) | 8c. Did Decedent Live in a Township? |
|---|---|---|
| Pa | 1440 Lombard St, Apt 1R | ☐ Yes, decedent lived in _____ twp. |
| 8d. Residence (County) Philadelphia | 8e. Residence (Zip Code) 19146 | ☒ No, decedent lived within limits of Philadelphia city/boro. |

| 9. Ever in US Armed Forces? | 10. Marital Status at Time of Death | 11. Surviving Spouse's Name (If wife, give maiden prior to first marriage) |
|---|---|---|
| ☐ Yes ☒ No ☐ Unknown | ☒ Married ☐ Widowed ☐ Divorced ☐ Never Married ☐ Unknown | Jesse Dickson |

| 12. Father's Name (First, Middle, Last, Suffix) | 13. Mother's Name Prior to First Marriage (First, Middle, Last) |
|---|---|
| Peter BOLDIN | NANCY Lea Hopkins |

| 14a. Informant's Name | 14b. Relationship to Decedent | 14c. Informant's Mailing Address (Street and Number, City, State, Zip Code) |
|---|---|---|
| Jesse Dickson | Husband | 1440 Lombard St, APT 1R Philadelphia Pa 19146 |

15a. Place of Death (Check only one)

15. If Death Occurred in a Hospital: ☐ Inpatient ☐ Dead on Arrival ☐ Emergency Room/Outpatient

15. If Death Occurred Somewhere Other Than a Hospital: ☐ Hospice Facility ☐ Nursing Home/Long-Term Care Facility ☐ Other (Specify) ☒ Decedent's Home

| 15b. Facility Name (If not institution, give street and number) | 15c. City or Town, State, and Zip Code | 15d. County of Death |
|---|---|---|
| 1440 Lombard St, Apt 1R | Philadelphia, PA 19146 | Philadelphia |

| 16a. Method of Disposition | 16b. Date of Disposition | 16c. Place of Disposition (Name of cemetery, crematory, or other place) |
|---|---|---|
| ☐ Burial ☒ Cremation ☐ Removal from State ☐ Donation ☐ Other (Specify) | 7-16-2015 | Delaware County Crematory |

| 16d. Location of Disposition (City or Town, State, and Zip) | 17a. Signature of Funeral Service Licensee or Person in Charge of Interment | 17b. License Number |
|---|---|---|
| Lansdowne, Pa 19050 | Joan M. Day | 012828L |

| 17c. Name and Complete Address of Funeral Facility |
|---|
| TOPPITZER FUNERAL HOME 2900 STATE RD, DREXEL HILL, PA 19026 |

| 18. Decedent's Education - Check the box that best describes the highest degree or level of school completed at the time of death. | 19. Decedent of Hispanic Origin - Check the box that best describes whether the decedent is Spanish/Hispanic/Latino. Check the "No" box if decedent is not Spanish/Hispanic/Latino. | 20. Decedent's Race - Check ONE OR MORE races to indicate what the decedent considered himself or herself to be. |
|---|---|---|
| ☐ 8th grade or less | ☒ No, not Spanish/Hispanic/Latino | ☒ White |
| ☐ No diploma, 9th - 12th grade | ☐ Yes, Mexican, Mexican American, Chicano | ☐ Black or African American |
| ☐ High school graduate or GED completed | ☐ Yes, Puerto Rican | ☐ American Indian or Alaska Native |
| ☐ Some college credit, but no degree | ☐ Yes, Cuban | ☐ Asian Indian |
| ☐ Associate degree (e.g. AA, AS) | ☐ Yes, other Spanish/Hispanic/Latino | ☐ Chinese |
| ☒ Bachelor's degree (e.g. BA, AB, BS) | (Specify) _____ | ☐ Filipino |
| ☐ Master's degree (e.g. MA, MS, MEng, MEd, MSW, MBA) | | ☐ Japanese |
| ☐ Doctorate (e.g. PhD, EdD) or Professional degree | | ☐ Korean ☐ Vietnamese ☐ Other Asian ☐ Native Hawaiian ☐ Guamanian or Chamorro ☐ Samoan ☐ Other Pacific Islander ☐ Other (Specify) _____ |
| (e.g. MD, DDS, DVM, LLB, JD) | | |

| 21. Decedent's Single Race Self-Designation - Check ONE ONLY to indicate what the decedent considered himself or herself to be. | 22a. Decedent's Usual Occupation - Indicate type of work done during most of working life. DO NOT USE RETIRED. |
|---|---|
| ☒ White ☐ Japanese ☐ Samoan ☐ Black or African American ☐ Korean ☐ Other Pacific Islander ☐ American Indian or Alaska Native ☐ Vietnamese ☐ Don't Know/Not Sure ☐ Asian Indian ☐ Other Asian ☐ Refused ☐ Chinese ☐ Native Hawaiian ☐ Other (Specify) ☐ Filipino ☐ Guamanian or Chamorro | MEDICAL RESEARCH TECH. |
| | 22b. Kind of Business/Industry |
| | EDUCATION |

| ITEMS 23a - 23d MUST BE COMPLETED BY PERSON WHO PRONOUNCES OR CERTIFIES DEATH | 23a. Date Pronounced Dead (Mo/Day/Yr) | 23b. Signature of Person Pronouncing Death (Only when applicable) | 23c. License Number |
|---|---|---|---|
| 23d. Date Signed (Mo/Day/Yr) | 24. Time of Death 1:06 PM | 25. Was Medical Examiner or Coroner Contacted? ☒ Yes ☐ No | |

**CAUSE OF DEATH**

26. Part I. Enter the chain of events—diseases, injuries, or complications—that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. Enter only one cause on a line. Add additional lines if necessary.

Approximate Interval: Onset to Death

| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. Seizure Disorder | Due to (or as a consequence of): |
|---|---|---|
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST. | b. _____ | Due to (or as a consequence of): |
| | c. _____ | Due to (or as a consequence of): |
| | d. _____ | Due to (or as a consequence of): |

| 26. Part II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in Part I. | 27. Was an autopsy performed? ☒ Yes ☐ No |
|---|---|
| Acute Bronchopneumonia | 28. Were autopsy findings available to complete the cause of death? ☒ Yes ☐ No |

| 29. If Female: | 30. Did Tobacco Use Contribute to Death? | 31. Manner of Death |
|---|---|---|
| ☒ Not pregnant within past year | ☐ Yes ☐ Probably | ☒ Natural ☐ Homicide |
| ☐ Pregnant at time of death | ☐ No ☒ Unknown | ☐ Accident ☐ Pending Investigation |
| ☐ Not pregnant, but pregnant within 42 days of death | | ☐ Suicide ☐ Could not be determined |
| ☐ Not pregnant, but pregnant 43 days to 1 year before death | 32. Date of Injury (Mo/Day/Yr) (Spell Month) | 33. Time of Injury |
| ☐ Unknown if pregnant within the past year | | |

| 34. Place of Injury (e.g. home; construction site; farm; school) | 35. Location of Injury (Street and Number, City, State, Zip Code) |
|---|---|

| 36. Injury at Work | 37. If Transportation Injury, Specify: | 38. Describe How Injury Occurred: |
|---|---|---|
| ☐ Yes ☐ No | ☐ Driver/Operator ☐ Pedestrian ☐ Passenger ☐ Other (Specify) | |

39a. Certifier - physician, certified nurse practitioner, medical examiner/coroner (Check only one):
☐ Certifying only - To the best of my knowledge, death occurred due to the cause(s) and manner stated.
☐ Pronouncing & Certifying - To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner stated.
☒ Medical Examiner/Coroner - On the basis of examination and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated.

| Signature of certifier: | Title of certifier: Associate Medical Examiner | License Number: MD453897 |
|---|---|---|

| 39b. Name, Address and Zip Code of Person Completing Cause of Death (Item 26) | 39c. Date Signed (Mo/Day/Yr) |
|---|---|
| Khalil Wardak, M.D., 321 University Avenue, Philadelphia 19104 | 11/30/15 |

| 40. Registrar's District Number | 41. Registrar's Signature | 42. Registrar File Date (Mo/Day/Yr) |
|---|---|---|
| 23-239 | Dorise A Sextus | 12-3-15 |

| 43. Amendments |
|---|

NAME OF DECEDENT _____ Jennifer Lea Dickson Hopkins

ALIAS USED

To Be Completed/Verified By: FUNERAL DIRECTOR

To Be Completed By: MEDICAL CERTIFIER