UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|     JESSE T DICKSON | : | |
|     JENNIFER LD HOPKINS, | : | |
| | : | |
|     Debtors | : | Bky. No.   14-18490 ELF |

# O R D E R

AND NOW, with the consent of the Debtors' counsel, it is hereby **ORDERED** that:

1. This case is **CLOSED** as to Debtor Jesse T. Dickson with the discharge order dated and **June 2, 2020** remaining in effect and **CLOSED WITHOUT THE ENTRY OF A DISCHARGE ORDER** as to Debtor Jennifer LD Hopkins.

2. The hearing scheduled on **June 16, 2020 at 1 p.m.**, in **Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA  19107**  is **CANCELED**.

Date:  June 10, 2020

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**